JS-6

**JS-6**

**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| JOHN CORIGLIANO, | **Case No: 2:15-cv-04579-ODW-PLA** |
| Plaintiff, | **ORDER GRANTING DISMISSAL OF THE ENTIRE ACTION [99]** |
| v. | |
| CLASSIC MOTOR INC.; and FADI ELIAS, | |
| Defendants. | |

Pursuant to Plaintiff JOHN CORIGLIANO's Notice of Voluntary Dismissal (ECF No. 99), and good cause appearing therefore:

**IT IS HEREBY ORDERED** that:

1.    Pursuant to Federal Rules of Civil Procedure, Rule 41(a)(2), the  entire action and all claims asserted therein are hereby DISMISSED with prejudice; and

2.    All dates and deadlines in this action are vacated and taken off calendar;

3.    Each party shall bear its own costs.

**IT IS SO ORDERED**.

August 17, 2016

_____

**OTIS D. WRIGHT, II**

**UNITED STATES DISTRICT JUDGE**

2